IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVIDE M. CARBONE,　　　　　)
　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　)　　Case No. _____
v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　)　　**TRIAL BY JURY DEMANDED**
CABLE NEWS NETWORK, INC.,　)
　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　)

## COMPLAINT FOR DEFAMATION

COMES NOW Plaintiff, Davide M. Carbone, and respectfully states his Complaint for Defamation against Defendant, Cable News Network, Inc. ("CNN"), as follows:

## INTRODUCTION

1.　　This Complaint arises from CNN's publication of multiple false and defamatory statements of and concerning a private figure David M. Carbone ("Mr. Carbone") and his oversight and operation of the pediatric cardiac surgery center at St. Mary's Medical Center ("St. Mary's") ("the hospital program"), where he served as the Chief Executive Officer.  The statements were published in a series of false and defamatory news reports, articles, and social media posts beginning on June 1, 2015 with an article entitled "*Secret Deaths: CNN Finds High Surgical*

*Death Rate for Children at a Florida Hospital*" and a video news report entitled "*The Hospital with a Serious Heart Problem*."

2.     In total, CNN published 25 such video reports, articles, and social media posts (collectively referred to herein as "the CNN series").

3.     The gist of the CNN series was false and defamatory in accusing Mr. Carbone of unprofessional and unethical conduct in overseeing and operating a hospital medical program with a death rate three times higher than the national average.

4.     The false and defamatory statements published by CNN conveyed to the average viewer, listener, and reader that Mr. Carbone oversaw a program that was intentionally performing surgeries it was not qualified to perform on helpless babies with desperate parents with no regard for the babies' mortality and all in the name of profit.

5.     The statements and insinuations leveled toward Mr. Carbone were reckless, vile, and devoid of any decency or concern for Mr. Carbone's reputation and livelihood.

6.     CNN created a story portraying Mr. Carbone as a money-grubbing businessman who had no regard for the lives of babies and their economically-challenged parents.  The portrayal of Mr. Carbone in the CNN story is false.

2

7.     In fact, at all relevant times, the death rate at St. Mary's program was in line with the national average and CNN knew that fact prior to publication.  The mortality rate at the St. Mary's program was 5.3% versus 3.4% nationwide, meaning that there was no statistically significant difference between the St. Mary's program's mortality rate and the national average

8.     Instead of reporting the St. Mary's program's mortality rate based on all pediatric heart surgeries it performed (both open and closed heart surgeries) and comparing that number to the national average of the same computation, CNN only provided its viewers and readers the St. Mary's program's mortality rate for the most inherently risky surgeries (open heart) and then compared it to the national rate for all surgeries (including the less risky closed heart surgeries) without informing the viewers or readers that it was using incomparable numbers.  In other words, CNN made an "apples-to-oranges" calculation to sensationalize the story, attract viewers, and claim credit for re-directing patients from a program that was allegedly killing babies with reckless disregard and to increase revenues and profits.

9.     If CNN had reported the mortality rate using the same subset of data—that is, open and closed heart surgeries—viewers and readers would know that the mortality rate for the St. Mary's program is in line with the national

3

average and not anywhere near three times above the national average. But that would not have been much of a story, so it was not told. Instead a malicious and vile story was developed and told over and over again to the detriment of Mr. Carbone's 30-year, and previously impeccable reputation, as a healthcare executive.

10.     The goal of the CNN series was not to present an accurate or fair picture of Mr. Carbone's operation of St. Mary's.

11.     Instead, the false and defamatory publication fits the agenda of CNN's lead correspondent on the CNN series, Elizabeth Cohen. Ms. Cohen, with CNN's assistance, has built a brand of advocating for patients against what she describes as the profit-driven, greedy healthcare industry. CNN gave Ms. Cohen's agenda an audience and financially benefited from her sensationalism.

12.     The false and defamatory statements were published by CNN in international television broadcasts, online videos, online articles, and social media posts.

13.     The false and defamatory statements assassinated Mr. Carbone's character and damaged his reputation as a healthcare executive.

14.     In publishing the false and defamatory accusations against Mr. Carbone's operations at St. Mary's, CNN abandoned journalistic and literary

integrity and ignored fundamental canons of journalistic and literary conduct by publishing false and defamatory accusations with actual malice.

15.     As a result of its conduct as herein described, CNN crossed the threshold from speech protected by the First Amendment to enter the arena of actionable defamation for which it must be held legally accountable.

## PARTIES

16.     Mr. Carbone is an individual who resides in Tequesta, Florida.

17.     CNN is a corporation organized and existing under the laws of the State of Delaware with its principal place of business being located in Atlanta, Georgia.

## JURISDICTION AND VENUE

18.     Mr. Carbone is a citizen of the State of Florida for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

19.     CNN is a citizen of Georgia or Delaware for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

20.     This Court has original subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 as there exists complete diversity of citizenship between Mr. Carbone and CNN and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

21.    CNN is subject to the jurisdiction of this Court pursuant to

28 U.S.C. § 1332.

22.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

**Mr. Carbone earns a reputation as a highly skilled, extremely successful, and widely respected healthcare executive**

23.    Mr. Carbone is a healthcare executive with over 30 years of

experience in the industry.

24.    In 2006, Mr. Carbone was named the Chief Executive Officer at St.

Mary's Medical Center located in West Palm Beach, Florida and he continued in

that position until November of 2015 when he was forced to resign as a direct

result of CNN's false and defamatory reporting on his operation of St. Mary's.

That Mr. Carbone was the Chief Executive Officer of St. Mary's and responsible

for its administration was well known to the public in the West Palm Beach area

and in the medical community in the State of Florida and beyond.

25.    Prior to serving as the Chief Executive Officer at St. Mary's, Mr.

Carbone spent 14 years in executive roles with Hospital Corporation of America

("HCA").

26.    Mr. Carbone also previously served as the Chief Executive Officer for

Aventura Hospital and Medical Center in Aventura, Florida.

27.    Mr. Carbone was the Vice President of Operations and Market Initiatives for HCA's East Florida Divisions and West Virginia Market, where he assisted in the operations of 18 hospitals.

28.    Mr. Carbone holds a B.A. in biology from Clark University and a Master of Health Administration from Duke University.

29.    Mr. Carbone is a Fellow in the American College of Healthcare Executives.

30.    Mr. Carbone has been active in numerous civic organizations, including serving as the American Heart & Stroke Association West Palm Beach Walk Medical Chair; Leukemia & Lymphoma Society "Light the Night Walk" Palm Beach Chair; and March of Dimes Palm Beach County Walk Co-Chair; and a board member of Chamber of Commerce of the Palm Beaches Board of Directors; City of Aventura Economic Development Advisory Board; City of West Palm Beach Mayor's Water Advisory Council; Cystic Fibrosis Foundation Board of Directors; FHA Task Force on Trauma & Emergency Medicine; Florida Hospital Association Board of Directors; Florida Atlantic University College of Medicine Teaching Hospital Consortium; Goodwill Foundation Board of Directors; and the South Florida Hospital & Healthcare Association Board.

31.     Mr. Carbone has won numerous awards for his healthcare leadership. For example, Mr. Carbone was the recipient of the Palm Beach Medical Society's 2015 "Healthcare Hero Award" (non-physician category) and in 2010, South Florida Business Journal named him "CEO of the Year."

32.     Before publication of the CNN series, Mr. Carbone was a highly respected healthcare executive with numerous accomplishments to his name.

33.     Ms. Cohen herself personally acknowledged (though not as part of any of the CNN series) that Mr. Carbone was "widely respected in the community."

### Mr. Carbone develops and oversees the implementation of St. Mary's Medical Center's pediatric cardiac surgery center program

34.     Mr. Carbone led and was extensively involved in the effort to implement a successful pediatric cardiac surgery center program.

35.     As the Chief Executive Officer, Mr. Carbone was ultimately responsible for all operations of St. Mary's, including the administration of the hospital program.

36.     Mr. Carbone was involved in the search for the head surgeon for the hospital program.  Dr. Michael D. Black was ultimately selected from a pool of highly qualified candidates.

37.    Dr. Black is one of North America's preeminent pediatric cardiothoracic surgeons.

38.    Dr. Black is a former Chief of Cardiac Surgery at Stanford's Lucile Packard Children's Hospital.

39.    Over the course of his career, Dr. Black has successfully operated on thousands of neonates' and infants' hearts.

40.    Dr. Black has authored, co-authored, or collaborated on 75 papers and over 60 abstracts in peer-reviewed journals; authored and edited multiple books and chapters in leading medical textbooks; made over twenty presentations at pediatric, cardiac, cardiothoracic, and surgical conferences; read 40 peer-reviewed papers at pediatric, cardiac, cardiothoracic, surgical, and scientific meetings; published numerous peer-reviewed medical illustrations; and received numerous grants to undertake peer-reviewed research projects focused on pediatric cardiac surgery.  Dr. Black also is and has been a reviewer for numerous peer-reviewed medical journals, including the Journal of Thoracic and Cardiovascular Surgery, the Journal of Cardiac Surgery, the Journal of American College of Cardiology, and Congenital Heart Disease, and is a member of many medical, cardiac, and pediatric organizations.

41.     Dr. Black is a Fellow of The Royal College of Surgeons of Canada in both general and cardiac surgery, a Fellow of American College of Surgeons, a Fellow of the American College of Cardiology, and a Diplomat of the American Board of Surgery.  Dr. Black also served on the Medical Advisory Panel of Saving Little Hearts, a non-profit organization dedicated to helping children with congenital heart defects and their families; has served on the Boards of Directors of the Sutter Health Care West Bay Foundation, the Physician's Foundation at the California Pacific Medical Center, and the Holocaust Center of Northern California; has been an officer of the Bay Area Society of Thoracic Surgeons; and has served as a reviewer for National Institutes of Health grant applications.

42.     Dr. Black has also been the recipient of numerous honors and awards throughout his career, including six Best Doctors in America awards, a Computerworld Medal of Honor Achievement in Medicine Award, a Best Thoracic Surgeon award, and, most recently, a Heroes in Medicine for Palm Beach County, Florida award and a 2015 Top Doctors award.

43.     By all accounts, Mr. Carbone oversaw the recruitment and hire of a highly experienced and decorated surgeon for the hospital program.

44.     The hospital program's performance was at the national average of similar programs, for example, the mortality rate of the St. Mary's program matched that of other similar programs across the country.

45.     The hospital program, along with nearly two-thirds of similar programs across the United States, received a two-star ranking from the Society of Thoracic Surgeons ("STS"), the leading medical professional data repository that benchmarks the performance of pediatric cardiac programs across the country—and that even CNN recognizes as the "gold standard" in the industry.

46.     St. Mary's did not open the hospital program and perform the surgeries at issue in the CNN series because they were financially lucrative, but rather because they were a needed medical service for babies in the community.

## CAUSE OF ACTION FOR DEFAMATION

47.     Mr. Carbone incorporates by reference paragraphs 1-46 of this Complaint as though the same were set forth herein in their entirety.

### June 1 article and video report

48.     On June 1, CNN published an article entitled "Secret Deaths: CNN Finds High Surgical Death Rate for Children at a Florida Hospital," which included the following false and defamatory statements that conveyed a false and

defamatory portrayal of Mr. Carbone and his administration of the hospital

program:

a) "By the end of 2013, the mortality rate for babies having heart surgery there [at St. Mary's] was three times the national average."

b) "From those numbers, CNN was able to calculate the death rate for open heart surgeries as 12.5%, more than three times the national average of 3.3% cited by the Society of Thoracic Surgeons."

c) "[T]he hospital [St. Mary's] their [the McCarthys'] baby was at was extremely inexperienced at doing such complicated heart surgeries on newborns."

d) "Some of the parents now torture themselves. They trusted the cardiologists who referred them to St. Mary's for surgery."

e) "She [Angie Loudon] says she, too, was lied to."

f) "As babies died—Pa'rish was the fifth to pass away—worried heart doctors in South Florida took notice and approached [Dr. Gerold] Schiebler for advice...."

g) "The failure of the entire team."

49.    On June 1, CNN published a video report entitled "The Hospital with a Serious Heart Problem," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) "But CNN has calculated a death rate based on these internal hospital reports, which include surgical caseloads.  We calculate that from 2011 to

12

2013, the death rate for open heart surgery on children at St. Mary's Medical Center was more than three times higher than the national average."

b) A graphic entitled "Death Rate 2011-2013 Pediatric Open Heart Surgery" claiming that "St. Mary's" had a "death rate" of "12.5%" compared to a "National Average" "death rate" of "3.3%."

c) "These parents want to know why St Mary's is still doing heart surgeries on babies. And the answer may come down to one thing: money."

d) The quotation of a biased source's statement that "It's horrible that [you] go into a program like that and they can be dishonest with you."

e) "Why did so many babies die at St. Mary's?"

f) Stating that the hospital program "had a disturbing backstory."

g) The quotation of a biased source's statement that "I don't think they should do any more surgery on kids at St. Mary's. St Mary's not qualified for surgery. That's that."

h) The quotation of a biased source's statement that "Every day somebody's making a decision to allow some parent to bring their child and to turn them over into the care of a group of people that aren't fit to do what they're doing."

**CNN doubles down on the false and defamatory statements made in its June article and news report and continues with further false and defamatory statements**

50.     On June 3, 2015, CNN published an article entitled "9th Baby Dies After Heart Surgery at Florida Hospital," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "A CNN investigation

13

calculates that from 2011 to 2013, the hospital program had a 12.5% mortality rate for open heart surgeries, which is more than three times the national average."

51.    On June 3, 2015, CNN published a video report entitled "9th Baby Dies After Heart Surgery at Florida Hospital," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a)  The quotation of a biased source's statement that St. Mary's should "find something else to do; you're not good at this."

b)  "Using data St. Mary's submitted to the State of Florida, CNN calculates that from 2011 through 2013, the program's mortality rate for pediatric open heart surgeries was 12.5%.  That's more than three times higher than the national average."

c)  A graphic entitled "Death Rate 2011-2013 Pediatric Open Heart Surgery" claiming that "St. Mary's" had a "death rate" of "12.5%" compared to a "National Average" "death rate" of "3.3%."

52.    On June 5, 2015, CNN published an article entitled "CNN Report on High Mortality Rate for Babies at Florida Hospital Leads to Inquiry," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "The investigation came in response to a CNN story this week that showed between 2011 to 2013, the West Palm Beach hospital had a 12.5% mortality rate for open heart surgery, three times the national average."

14

53.     On June 5, 2015, CNN published a video report entitled "CNN Report on High Mortality Rate for Babies at Florida Hospital Leads to Inquiry," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) "There's a financial incentive for the hospital to do these surgeries because they can charge a lot to insurance [and] to Medicaid."

b) "They collect half a million dollars for one procedure on one child.  Very, very lucrative surgeries."

54.     On June 8, 2015, CNN published an article entitled "Hospital Suspends Elective Heart Surgeries on Children After CNN Investigation," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) "St. Mary's Medical Center in West Palm Beach, Florida, has suspended elective pediatric heart surgeries after a CNN investigation calculated that the program had a mortality rate for open heart surgeries three times higher than the national average."

b) "CNN's calculation was based on all open heart surgeries reported to the state of Florida by the hospital since the inception of the program in 2011 through 2013.  CNN found from looking at state records submitted by St. Mary's that from 2011 to 2013, the hospital performed 48 open heart surgeries.  CNN spoke to six families whose babies died during that time period after having open heart surgery at St. Mary's.  That gives an open heart surgery death rate of 12.5% from 2011 to 2013.  Nationally, the

average mortality rate for babies having open heart surgery from 2010 to 2013 was 3.3%, according to Dr. Jeffrey Jacobs, the chair of the Society of Thoracic Surgeons National Database Work Force."

c) "CNN calculates the death rate for open heart surgery on children at St. Mary's Medical Center was more than three times the national average from 2011 through 2013."

d) "CNN calculates the death rate for open heart surgery on children at St. Mary's Medical Center was more than three times the national average from 2011 through 2013" with graphic.

55.    On June 8, 2015, CNN published a video report entitled "St. Mary's Hospital Suspends Pediatric Heart Surgeries," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  A banner at the bottom of the screen throughout the video stating "CNN investigation found mortality rate [for St. Mary's Medical Center's Pediatric Cardiothoracic Program] 3x higher than natl. average."

56.    On June 9, 2015, CNN published an article entitled "What to Know About St. Mary's Children's Heart Surgery Mortality Rates," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  a statement that CNN compared the St. Mary Medical Center's pediatric cardiac

16

surgery center's mortality rate "to the pediatric open heart surgery mortality rate nationwide," as provided by the STS.

57.     On June 26, 2015, CNN published an article entitled "Patient Safety Evaluated at St. Mary's Hospital," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) "The nation's largest accrediting agency for hospitals is evaluating 'patient safety-related events at St. Mary's Medical Center' in Florida, which CNN found had a high mortality rate for pediatric open heart surgeries from 2011-2013."

b) "In its investigation, CNN calculated that from 2011-2013, the raw mortality rate at St. Mary's for pediatric open heart surgeries was 12.5%, which is more than three times higher than the national average for such surgeries during that time."

58.     On June 26, 2015, CNN published a video report entitled "Patient Safety Evaluated at St. Mary's Hospital," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "This announcement follows our own CNN investigation, and our findings showed a mortality rate for pediatric open heart surgeries from 2011 to 2013 was three times the national average."

59.    On August 17, 2015, CNN published an article entitled "CNN Report on Florida Hospital Leads to Heart Surgery Program Closure," which included the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "The move comes in the wake of a yearlong CNN investigation, which found that from 2011 to 2013, the program had a 12.5% mortality rate for open heart surgeries, which is more than three times the national average."

60.    On August 17, 2015, CNN published a video report entitled "CNN Report on Florida Hospital Leads to Heart Surgery Program Closure," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) The quotation of a biased source's statement that "It's horrible that [you] go into a program like that and they can be dishonest with you."

b) Stating that the hospital program "had a disturbing backstory."

61.    On January 13, 2016, CNN published an article entitled "After CNN Investigation, A Push to Halt Child Heart Surgery at Some Hospitals," which included the following false and defamatory statement that conveyed a false and

18

defamatory portrayal of Mr. Carbone and his administration of the hospital program:

> The surgeon starts to tear up as he describes taking the baby off life support.  He'd lost patients before; that's the reality when you operate on tiny, malfunctioning hearts.  But this death was different, the surgeon says.  This baby didn't have to die.  The surgeon spoke on the condition of anonymity because he doesn't have permission from his employer to speak about the baby's case.  The infant had been transferred to his hospital after having surgery at St. Mary's Medical Center in West Palm Beach, Florida.  He and his team tried to save her.  "We were called in late to fix a problem caused by someone else," the surgeon says.  "It makes you angry when you have to fix someone else's lethal mistakes."

62.    On January 13, 2016, CNN published an article entitled "Heart Doctors Outraged Florida Dumps Hospital Standards After Big Gifts to GOP," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a) "In a widely publicized investigation in June, CNN revealed that a program at a Tenet hospital in Florida had failed to live up to state quality standards for children's heart surgery." (linking to the June 1, June 3, and August 17, 2015 articles)

b) "It is the failure of an entire team and system"

c) Those babies had surgery at St. Mary's, but when their health spiraled downward, they were transferred to other hospitals.  Those hospitals could not save them."

d) "Doctors who care for children with congenital heart disease say they're suspicious about the timing, about two months after CNN's report showing St. Mary's failed to meet those state standards."

e) "A doctor who asked not to be named because he feared state retribution said that in 2014, a high-ranking state official asked that the situation at St. Mary's not be discussed at a meeting of the state's Cardiac Technical Advisory Panel."

f) "In the meantime, they said they're relieved St. Mary's is no longer operating on children's hearts."

63.   On January 13, 2016, CNN published a video report entitled "Heart Doctors Outraged Florida Dumps Hospital Standards After Big Gifts to GOP," which included the following false and defamatory statements that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:

a)   The quotation of a biased source's statement that "It's horrible that [you] go into a program like that and they can be dishonest with you."

b) "Why did so many babies die at St. Mary's?"

c) Stating that the hospital program "had a disturbing backstory."

64.   On June 1, 2015, CNN published the following tweet (on at least three of its Twitter platforms) containing the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "At a Florida hospital, children died after

open heart surgery at a rate more than **3X** the national average." (emphasis in original; contains a link to the June 1 article).

65.    On June 1, 2015, CNN also published the following tweet (on at least three of its Twitter platforms with two of the tweets linking to the June 1 article) containing the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "The mortality rate for babies having heart surgery at St. Mary's Medical Center was three times the national average from 2011-2013."

66.    On June 5, 2015, CNN published the following tweet (on at least two of its Twitter platforms) containing the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  A graphic entitled "Death Rate 2011-2013 Pediatric Open Heart Surgery" claiming that "St. Mary's" had a "death rate" of "12.5%" compared to a "National Average" "death rate" of "3.3%." (contains a link to the June 5 article).

67.    On June 6, 2015, CNN published the following tweet containing the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "The mortality rate for babies having heart surgery at St. Mary's Medical Center was

three times the national average from 2011-2013." (contains a link to the June 1 article).

68.    On June 8, 2015, CNN published the following tweet containing the following false and defamatory statement that conveyed a false and defamatory portrayal of Mr. Carbone and his administration of the hospital program:  "At a Florida hospital, children died after open heart surgery at a rate more than **3X** the national average." (emphasis in original; contains a link to the June 8 article).

69.    Beginning on June 1, 2015, CNN actively promoted the CNN series online and continues to do so through the date of the filing of this Complaint.

70.    The CNN series conveyed a grossly inaccurate and false impression of Mr. Carbone and his administration of the hospital program.

71.    The CNN series falsely accuses Mr. Carbone of overseeing a program that was intentionally performing surgeries it was not qualified to perform on helpless babies with desperate parents, all in the name of profit, including illegal procurement of Medicare funds.

72.    The gist of the CNN series is false and defamatory *per se* in conveying accusations that Mr. Carbone is a money-grubbing businessman with no regard for the lives of babies and their economically-challenged parents.

73.    The CNN series constitutes libel and/or slander *per se* in that it directly and/or implicitly imputes actions to Mr. Carbone that injure him in his professional reputation.

74.    The CNN series constitutes libel and/or slander *per se* in that it directly and/or implicitly imputes actions to Mr. Carbone that are defamatory and injurious to his reputation on their face and can be so understood without reference to any additional or extrinsic facts.

## PUBLICATION WITH ACTUAL MALICE

75.    Evidencing a reckless disregard for truth or falsity, CNN knowingly and purposely avoided the truth and ignored evidence establishing the falsity of the CNN series prior to publishing it.

76.    Evidencing a reckless disregard for truth or falsity, CNN published accusations against Mr. Carbone and his administration of the hospital program that were so inherently improbable on their face as to raise serious doubts about their truth.

77.    Evidencing a reckless disregard for truth or falsity, CNN published accusations against Mr. Carbone and his administration of the hospital program that were so outrageous on their face as to raise serious doubts about their truth.

78.    Evidencing a reckless disregard for truth or falsity, CNN published accusations against Mr. Carbone and his administration of the hospital program that clearly contradicted known facts.

79.    Evidencing a reckless disregard for truth or falsity, CNN published accusations against Mr. Carbone and his administration of the hospital program based solely on sources who were known to be biased and unreliable.

80.    Evidencing a reckless disregard for truth or falsity, CNN published accusations against Mr. Carbone and his administration of the hospital program without conducting even a cursory investigation, which failure constitutes gross negligence.

81.    CNN had actual knowledge that the accusations against Mr. Carbone and his administration of the hospital program and St. Mary's were false prior to publication.

**CNN intentionally manipulated statistics to fabricate its claim that the mortality rate was 12.5% or "three times the national average"**

82.    CNN's claims regarding the hospital program's mortality rate are demonstrably false.  CNN intentionally and maliciously conducted a knowingly methodologically flawed statistical analysis of the hospital program's mortality rate, and then made an inappropriate "apples-to-oranges" comparison with STS data

24

83.     CNN's actions were an intentional manipulation and comparison of data designed to falsely portray the hospital program in the most negative light possible.  Indeed, Elizabeth Cohen, who holds a Master of Public Health degree, has publicly boasted in an interview with "Faces of Public Health" that "I know how to evaluate studies from a statistical point of view."

84.     CNN stated in the June 1 article and video report that "[b]y the end of 2013, the mortality rate for babies having heart surgery [at St. Mary's] was three times the national average," and that the hospital program's "death rate for open heart surgeries [was] 12.5%, more than three times the national average of 3.3% cited by the Society of Thoracic Surgeons."

85.     As an initial matter, those statements are false because CNN knowingly and misleadingly compared a mortality rate for the hospital program that only considered open heart surgeries to a STS national rate that includes both open heart *and* closed heart surgeries.

86.     This fact is significant because it is widely known (including by CNN) that open heart surgical procedures, which involve surgery on the internal structures of the heart and typically require reliance on a heart-lung bypass machine during the surgery, are far more delicate and complex procedures and have significantly higher mortality rates than closed heart surgical procedures.

87.     By knowingly comparing a mortality rate for the St. Mary's program based only on open heart surgeries to a mortality rate based on both open heart ***and*** closed heart surgeries for everyone else, CNN knowingly and artificially inflated St. Mary's mortality rate as compared to the STS national average.

88.     A true and accurate comparison would require an "apples-to-apples" comparison of St. Mary's mortality rate for both open and closed heart surgeries to the STS national average

89.     After intentionally inflating the St. Mary's mortality rate, CNN then went on to make a wholly false and defamatory comparison to STS data.  CNN intentionally and falsely suggested that St. Mary's program had artificially high pediatric cardiac surgical mortality rates by comparing a non-risk-adjusted mortality rate for surgeries that St. Mary's performed to the STS national average mortality rate, which, because of the sheer volume of patients and procedures it encompasses, reflects a risk-adjusted mortality rate.

90.     CNN understood that it was only considering St. Mary's open heart procedures, and that STS data for everyone else considered both open and closed heart procedures.  But CNN knowingly and intentionally concealed from their readers and viewers that their statistical analysis considered only open heart

surgeries for St. Mary's while the STS national mortality rate included both open and closed heart surgeries for everyone else.

91.    Although CNN knew that the use of non-risk adjusted data to evaluate mortality rates for individual programs is methodologically inappropriate, CNN intentionally and consciously elected to use non-risk adjusted data to artificially inflate St. Mary's mortality rate to present its program in the most negative possible light.

92.    The distinction between risk-adjusted mortality rates and non-risk adjusted mortality rates matters tremendously.  Dr. Marshall L. Jacobs, Chair of the STS Congenital Heart Surgery Database, explained as much in a February 25, 2015 STS press release (also posted on the STS website) announcing the public release of surgical outcomes from the STS Congenital Heart Surgery Database—the data upon which CNN relied for their misleading comparisons:

> Reporting hospital surgical outcomes ***using risk-adjusted analysis is extremely important because it allows for a fair assessment, on a level playing field, of outcomes across hospitals that treat different populations of patients***.  ...  As pediatric and congenital cardiac surgeons, we perform operations on patients born with a wide variety of heart defects of varying complexity, and many patients have additional risk factors.  Adjusting for these risk factors allows us to better understand reported mortality rates, especially for centers that operate on the most challenging patients.  (emphasis supplied).

27

93.     Similarly, the STS website itself (on its page entitled "Explanation of STS CHSD [Congenital Heart Surgery Database] Mortality Risk Model") explains the importance of using risk-adjusted data to compare surgical outcomes across hospitals:

> The 2014 STS CHSD mortality risk model incorporates case-mix (risk) adjustment to allow for a fair comparison of hospitals performing congenital and pediatric cardiac surgery. ***Adjustment for case mix is especially important because hospitals that tend to treat sicker patients are expected to have higher rates of mortality, which may be due to the condition of these patients or the complexity of the procedures required to treat them, and not necessarily because of the care they received.*** To level the playing field, the 2014 STS CHSD mortality risk model takes into account the variables listed in the table above, all of which can affect surgical results. (emphasis supplied).

94.     CNN was aware of the critical importance of using risk-adjusted data to compare surgical outcomes across hospitals and programs, and recklessly ignored these facts while presenting their defamatory comparison of St. Mary's mortality rate to the national average.

95.     In a April 24, 2015 e-mail from Elizabeth Cohen to Tenet Healthcare, Ms. Cohen quoted and linked to the STS's website, specifically a page titled "STS CHSD Mortality Risk Model and Star Ratings" that linked directly to the STS's "Explanation of STS CHSD Mortality Risk Model" that explained the need to use risk-adjusted data to fairly compare hospitals and

programs.

96.     Indeed, Dr. Jeffrey Jacobs—a friend of Elizabeth Cohen, and, upon information and belief, a source for CNN's defamatory articles, broadcasts, and video reports—has repeatedly written about the importance of using only risk-adjusted mortality rates to compare surgical outcomes across hospitals and programs.  For example, Dr. Jacobs has explained in a paper he co-authored in the peer-reviewed *Annals of Thoracic Surgery*, that risk adjustment is regarded by most as an "essential component of outcomes profiling" and that "unadjusted data often misclassify programs as high or low mortality outliers when in fact their results are average."

97.     And just last year Dr. Jacobs publicly stated in a letter he co-authored that "the STS has long been concerned about the potentially misleading nature of raw surgical outcomes data, particularly raw mortality data."  The reason is simple and was readily understood by CNN at the time they conducted their intentionally flawed analysis:

> ***The goal of case-mix (risk) adjustment is to allow for comparison, on a level playing field of hospitals that treat different populations of patients***.  Hospitals that tend to treat many patients with high-risk diagnoses…are expected to have higher rates of mortality than those that tend to treat primarily relatively low-risk diagnoses ... [and] even with the same diagnosis, patients can present differently and with a variety of risk factors.  Hospitals that perform surgery on patients with more severe disease and/or risk factors may have higher observed

29

mortality rates than some hospitals that perform the same operations in comparatively healthier patients. ***Because hospitals tend to treat different populations of patients, differences in raw unadjusted mortality are not useful for assessing and comparing performance***. Case-mix adjustment models allow for more meaningful comparison of hospitals.  (emphasis supplied).

98.    Upon information and belief, CNN had reviewed Dr. Jacobs' letter and/or prior published papers and/or had corresponded with Dr. Jacobs about the use of raw, non-risk-adjusted mortality rates prior to publishing the June 1 article and video report.

99.    Upon information and belief, CNN knew prior to publishing the June 1 article and video report that using non-risk adjusted data would yield higher mortality rates for St. Mary's, and they knew that STS and Dr. Jacobs had counseled the public not to rely upon non-risk-adjusted data to evaluate individual doctor or hospital mortality rates.

100.    As part of their efforts to mask their intentional manipulation of these statistics, CNN did not disclose the critical differences in the assumptions, data, and methodology they used and those used by the STS in calculating mortality rates.  A reasonable reader and viewer is left without complete information with which to form an independent judgment about the reliability of CNN's analysis.

### The Florida Agency for Health Care Administration blasts
### CNN's "sensationalized reporting"

101.   The Florida Agency for Health Care Administration ("AHCA")
reached out to CNN on June 5, 2015 to take issue with their "sensationalized
reporting."  In a public statement three days later, titled "SETTING THE
RECORD STRAIGHT: CNN Mischaracterizes State's Efforts Concerning St.
Mary's Medical Center," the AHCA explained, among other things, that it
"conducted an annual comprehensive risk management survey in Oct. 2014 and
looked at issues raised in a Children's Medical Services site review concerning
the facility's pediatric cardiac program"—the site review heavily relied upon by
CNN—and unambiguously stated that "*[t]he Agency did not identify
noncompliance related to the issues raised*," and hospital-wide found only three
minor deficiencies relating to the entire facility's risk management and
prevention.  (emphasis supplied).

102.   The AHCA's statement further explained that CNN not only
intentionally omitted information provided to it by the AHCA, but affirmatively
reported untrue information in its June 2015 articles and video reports:

  a) "AHCA spoke with CNN multiple times on Friday [June 5, 2015]
     regarding their story regarding St. Mary's Medical Center.  CNN then
     reported that AHCA had not responded to a request for an interview. CNN
     then reported that the state was 'not investigating,' and *failed to report the
     five site visits conducted over the last six months*."

b) "In March of 2015, AHCA told CNN it had conducted five unannounced inspections at St. Mary's Medical Center within the past six months, two were related to the pediatric cardiac program.  This information was reiterated multiple times over the last three months to the reporter."

c) "CNN reported that the Centers for Medicare & Medicaid Services (CMS) launched an investigation.  ***AHCA conducts investigations on behalf of CMS***.  After being given this background information by AHCA, CNN left this important fact out of their story and reported that the state was 'not investigating.'"

(emphasis supplied).

### CNN repeatedly refused to retract or correct—and instead doubled-down on—the false and defamatory statements

103.   Notwithstanding all the information—both publicly available and specifically provided to CNN—CNN steadfastly refused to retract or correct their defamatory statements and instead doubled-down on them repeatedly over the ensuing months, thereby greatly expanding the audience that saw them and magnifying the damage to Mr. Carbone and St. Mary's. Moreover, CNN has willfully and maliciously kept their articles, video reports, and social media posts publicly available online to this day.

104.   Following CNN's publication of its false and defamatory June 1 article and video report, St. Mary's again reached out to CNN and issued a statement explaining that CNN's statistical claims were completely false.

32

105.   In that statement, which St. Mary's issued on June 7, 2015, St. Mary's again informed CNN that it had "inaccurately calculated [the hospital program's] mortality rate based on an incorrect assumption of [the] program's volume," and that, specifically, the "Certificate of Need reports filed with the Florida Agency for Health Care Administration"—on which CNN relied to determine the hospital program's volume—"included only a subset of the procedures performed by the program and reported to the Society of Thoracic Surgeons (STS)."  As a result, the statement pointed out, "the mortality rate calculated by Ms. Cohen is exaggerated, and the comparison between that exaggerated mortality rate and the national average mortality rate as calculated and reported by the STS is completely erroneous."

106.   The statement further explained that according to the Fall 2014 STS Congenital Heart Surgery Database Report, the risk-adjusted mortality rate for St. Mary's Pediatric Cardiac program was 5.3%, and that figure had a 95% confidence interval that encompassed the STS's national average 3.4% mortality rate, meaning that there is no statistically significant difference between the St. Mary's program's mortality rate and the national average.

107.   The statement further informed CNN, again, that the STS awarded the St. Mary's program a two-star rating along with all other such programs in the

State of Florida and nearly two-thirds of similar programs across the United States, "showing that the mortality rate for [the St. Mary's] program is within the expected range relative to the national average."

108.   Despite that clear and unambiguous information demonstrating the falsity of the CNN's defamatory statements, CNN refused to retract or correct those statements.

109.   Instead, CNN doubled-down on their defamatory statements in future articles and video reports.

110.   CNN did so even though it expressly admitted in one of the later articles, on June 9, 2015, that "Bottom line: to calculate a mortality rate, you must know how many index operations were done, and we have no idea."

111.   Moreover, in the June 9 article, CNN admitted that in arriving at its conclusions regarding St. Mary's purported pediatric cardiac surgical mortality rate, CNN knowingly and intentionally used an observed, non-risk-adjusted mortality rate for St. Mary's and compared that rate to a national STS average mortality rate—which, because of the sheer volume of patients and procedures it encompasses, reflects a risk-adjusted mortality rate.

112.   CNN attempted to justify that comparison in the June 9 article by claiming in it that "[t]he Society of Thoracic Surgeons thinks" that "a raw

34

mortality rate [is] useful" and suggesting that the STS approves of the use of raw mortality rates to compare pediatric cardiac programs.  But CNN knew at the time they made that statement—and well before they published the June 1 article and video report—that this statement was false and that the STS had in fact cautioned against using raw mortality rates and explained that using risk-adjusted mortality rates is "extremely important" in order to make "a fair assessment, on a level playing field, of outcomes across hospitals that treat different populations of patients."

113.   In addition, in the June 9 article, CNN admitted that in calculating the observed, non-risk-adjusted mortality rate for St Mary's they knowingly and intentionally did not use STS data, but instead calculated that rate based on different data submitted to the State of Florida for other purposes.

114.   This is significant because different data are submitted to the State of Florida and STS, and the State of Florida and STS treat the data sent to them differently, thereby providing an improper basis for comparison between and across the two samples.

115.   Furthermore, CNN stated in the June 9 article that it compared St. Mary's mortality rate "to the pediatric open heart surgery mortality rate nationwide," as provided by the STS.

35

116.   That statement is false and CNN knew it was false when they made it and well before they published the June 1 article and video report.

117.   CNN knew long before June 1, 2015 that the pediatric cardiac surgical mortality rates published by the STS include both open heart and closed heart surgeries.

118.   CNN further knew at all relevant times that because open heart surgeries are more complex and have higher mortality rates than closed heart surgeries, they would artificially inflate St. Mary's mortality rate vis-à-vis the STS national average rate by comparing a mortality rate for St. Mary's based only on open heart surgeries to a mortality rate based on both open heart *and* closed heart surgeries.

119.   CNN further admitted in the June 9 article that when comparing mortality rates "[i]t's important to look at as long a time frame as possible to make sure you're not capturing a time with a particularly high rate or a particularly low rate," and that the STS measures mortality rates based on four years of data, but that CNN calculated a mortality rate for St. Mary's based on only three years of data.

120.   CNN knew that doing so would artificially increase the hospital program's mortality rate and STS data confirms that that the hospital program's mortality rate, in fact, declined in its fourth year of operation.

121.   On the same day as CNN's June 9 report, St. Mary's wrote CNN and informed them that their statements, calculations, and comparisons regarding the St. Mary's program were false, defamatory, "deeply flawed," and "misleading," and demanded their immediate retraction.

122.   CNN, however, refused to retract or correct their defamatory statements and again doubled-down on them in a letter two days later, on June 11, 2015.

123.   On June 13, 2015, Tenet Healthcare wrote to CNN via certified mail and e-mail to tell them again that their statements in their June 1 article and subsequent articles and reports regarding St. Mary's—including the claim that their mortality rate is "three times the national average"—are false and defamatory.

124.   That letter, like Tenet Healthcare's June 7 statement, again cited specific data demonstrating that according to the Fall 2014 STS Congenital Heart Surgery Database Report, the risk-adjusted mortality rate for St. Mary's pediatric cardiac surgery program was 5.3% and had a 95% confidence interval that encompassed the STS National Average 3.4% mortality rate, meaning that there is

no statistically significant difference between St. Mary's program's mortality rate and the national average.

125.   Tenet Healthcare's June 13, 2015 letter again requested an "immediate retraction" of CNN's false and defamatory statements and requested that "CNN cease its reporting on this matter."

126.   The letter further made clear that "[t]ime is of the essence" because CNN's false and defamatory statements are doing "real harm."

127.   CNN waited over a week to respond to Tenet Healthcare's letter, and when they did respond, via e-mail on June 22, 2015, CNN again refused to retract or correct its defamatory statements, and again doubled-down on them, even purporting to defend their use of a non-risk-adjusted mortality rate to compare St. Mary's to other hospitals and the STS's national average pediatric cardiac surgical mortality rate.

128.   CNN did so even though, as explained above, they knew that the use of a non-risk-adjusted mortality rate was improper and painted a false picture of the hospital program's actual, satisfactory performance.

129.   The same day that CNN responded to Tenet Healthcare's letter, on June 22, 2015, Tenet Healthcare again wrote to CNN, explaining in detail how CNN's claimed 12.5% mortality rate for the hospital program is incorrect.  Among

other things, that e-mail explained that Ms. Cohen's calculations were deeply

flawed:

> Ms. Cohen used a denominator (the volume of procedures) used by
> the State of Florida Certificate of Need process to determine whether
> to grant licenses to facilities for certain procedures.  She then used
> raw mortality data as the numerator to create an incorrect mortality
> rate of 12.5 percent.  She then compared that to a historical national
> mortality rate calculated by the Society of Thoracic Surgeons, which
> uses a larger denominator of procedures—not the narrower volume
> data used by the State of Florida for licensure purposes.  She
> compared her incorrect rate of 12.5 percent to the STS national
> average mortality rate of 3.3 percent.

130.   Thus, the e-mail explained that CNN essentially "divided an apple by

an orange and compared it to a banana."  The e-mail further noted that the hospital

program had received a two-star rating from the STS along with every other such

program in the State of Florida and nearly 70% of such programs nationwide—

meaning that the mortality rate for the hospital program was statistically no

different than the national average.  The e-mail yet again requested that CNN

retract its false and defamatory statements.

131.   In its response by e-mail over a week later, CNN again refused to

issue a retraction or correction and instead stood by their reporting.

132.   As a result of the false and defamatory allegations in the CNN series,

and the effect it had on the Palm Beach County community and nationwide, in

August 2015, the decision was made to shut down St. Mary's pediatric cardiac surgery program.

**CNN worked with biased sources to craft a false and defamatory story**

133.   CNN intentionally sought out biased sources that it knew would speak poorly of the operations of St. Mary's and consciously avoided sources that would provide positive information about them—and, when CNN received positive information, it was disregard and not included in the reporting.

134.   CNN's main source was a biased individual named Kelly Robinson. CNN's reliance on Ms. Robinson was patently unreasonable.

135.   Upon information and belief, CNN employed Robinson to attempt to garner additional negative information for the CNN series from others in the community.  Indeed, in a police report filed after Ms. Robinson surreptitiously obtained a visitor's badge, she admitted that she worked for CNN with regard to the St. Mary's investigation.

136.   Furthermore, Ms. Robinson was a key liaison between CNN and its other sources; for example, she attended CNN's interviews of family members of patients who were profiled in the CNN series.

137.   CNN consciously and recklessly relied on Ms. Robinson even though it knew that she was strongly biased against St. Mary's and was not a trustworthy, reputable, or reliable source.

138.   Upon information and belief, CNN knew that Ms. Robinson was a close personal friend of a doctor who directly competed with the hospital program at St. Mary's and sought to eliminate it.

139.   Upon information and belief, CNN knew that Ms. Robinson had defamed and disparaged Dr. Black, the chief surgeon for the hospital program at St. Mary's, to St. Mary's staff and patients in an erratic and wanton manner thereby creating significant red flags as to Ms. Robinson's trustworthiness as a source for truthful and reliable information.  Indeed, Ms. Robinson's actions and behavior toward Dr. Black led CNN to develop a subjective doubt about Ms. Robinson's credibility as a reliable source.

140.   Nevertheless, CNN knowingly and intentionally relied on this biased source—and it did so without disclosing to their viewers and readers that Ms. Robinson was a source for information and without disclosing Ms. Robinson's clear bias.

**CNN intentionally ignored information provided by Mr. Carbone
before publication of the CNN series that contradicts
the preconceived story they conjured up with biased sources**

141.   As part of their effort to tell a story in the most negative light possible, CNN intentionally ignored and disregarded numerous substantive communications from Mr. Carbone and St. Mary's that provided truthful information about the hospital program, because it contradicted CNN's preconceived narrative.

142.   On January 26, 2015, CNN reached out to St. Mary's via e-mail to inform it that they were working on a story about St. Mary's pediatric cardiac surgery program and its mortality rate and to seek comment for the story.

143.   The next day, January 27, 2015, St. Mary's, through a spokeswoman, responded to CNN, explaining in an e-mail that St. Mary's would like to provide information for the story, and requesting the context and specifics of the planned story and questions that CNN would like answered for it.  CNN never provided the requested information.

144.   In a second e-mail that day, St. Mary's offered to introduce CNN to patients of the hospital program.  CNN never took St. Mary's up on that offer.

145.   On February 17, 2015, John Bonifield sent an e-mail to St. Mary's stating that CNN "calculate[s] that the program's mortality rate during this time

42

period [2011-2013] was at least 12.5%," and "[f]rom January 2010 – December 2013, the average operative mortality rate for the pediatric heart surgery programs nationwide was 3.51%, according to the Society of Thoracic Surgeons."  CNN then asked for comment on those statistics.

146.   In that same e-mail, CNN further stated that according to a financial document filed with the State of Florida, "the year two incremental operating profit for St. Mary's pediatric open heart surgery program was projected to be $876,752" and asked for comment regarding those profit figures.

147.   On February 27, 2015, Mr. Carbone, who was then-Chief Executive Officer of St. Mary's, responded in a detailed letter telling CNN, among other things, that its claimed mortality rate for the hospital program was incorrect and based upon incorrect data.  Mr. Carbone informed CNN that the data provided did not represent all relevant cases and procedures of the hospital program and thus, the mortality rate that CNN manually calculated was inaccurate.

148.   The letter informed CNN that "***raw mortality data … does not give proper context for the complexity and severity of each case, [and] could potentially lead to providing misleading information to consumers***."  (emphasis supplied).

149.   The letter informed CNN that, contrary to being a faltering program

43

in crisis, the hospital program received positive feedback from a State of Florida inspection and received a two-star ranking from the STS, the leading medical professional data repository that benchmarks the performance of pediatric cardiac surgery programs across the country and that even CNN recognizes as the "gold standard" in the industry.

150.   At the same time, St. Mary's again requested to know when CNN planned to run the story and on what show.

151.   CNN deliberately ignored and consciously disregarded the information in Mr. Carbone's February 27, 2015 letter and persisted in their predetermined goal of publishing a demonizing story.

152.   CNN was aware that, as Mr. Carbone explained in his letter, the data upon which it based its claimed 12.5% mortality rate for the hospital program encompassed "only a portion of heart operations performed by the program" and was therefore "inaccurate."

153.   In an April 21, 2015 e-mail, Elizabeth Cohen expressly acknowledged that CNN's mortality rate "calculation ... is based on the number of pediatric *open heart* surgery cases reported by St. Mary's to the Florida Agency for Healthcare Administration as part of its annual condition compliance report." (emphasis supplied).

154.   As explained below, CNN likewise knew that the STS national mortality rate to which CNN compared the St. Mary's program mortality rate in the CNN series includes both open heart *and* closed heart surgeries.

155.   CNN further ignored St. Mary's request for information about when the story would run.

156.   St. Mary's again requested information regarding when the story would run on multiple additional occasions throughout March and April 2015, and despite a promise from CNN Vice President and Senior Editorial Director Richard Griffiths to "get back to" St. Mary's with that information, CNN never did.

157.   Indeed, St. Mary's only became aware that CNN was about to publish the first story in the CNN series after a Tenet Healthcare employee saw a promo for the story on CNN's television station that stated that "babies are dying at an alarming rate" at St. Mary's.

158.   After seeing that promo, on June 1, 2015—before the article and video broadcast were published later that day—St. Mary's yet again reached out to CNN to express concern that "based on the promo stating that 'babies are dying at an alarming rate' that the story will contain information that is not factual and that is defamatory," and informing CNN that "the promos are running today but

their ongoing use is not consistent with the information [Tenet Healthcare] ha[s]

provided to Elizabeth Cohen and constitutes actual malice."

159.   Nevertheless, CNN went ahead and published its false and

defamatory article and video broadcast.

**CNN ambushed Mr. Carbone and his wife at their home early one morning**

160.   Despite having received a detailed letter from Mr. Carbone that

answered many of its questions (and explaining why others could not be

answered), CNN sent Elizabeth Cohen to Mr. Carbone's home, purportedly to

obtain comment from Mr. Carbone.

161.   Instead of seeking an interview, Ms. Cohen ambushed Mr. Carbone

and his wife in front of their home early in the morning on March 13, 2015 while

Mr. Carbone and his wife were in their garage, with Ms. Carbone still in her

nightclothes.

162.   Instead of seeking information, CNN was seeking footage for the

story that would falsely portray Mr. Carbone and St. Mary's as seeking to hide

information from the public.

163.   That same day, St. Mary's called Richard Griffiths and e-mailed Mr.

Bonifield to discuss the CNN's behavior.  Mr. Griffiths professed ignorance of the

CNN crew going to the Carbones' home (and stated that he had not read

Mr. Carbone's February 27, 2015 letter), but promised to investigate the matter.

164.   Additionally, in response to yet another request by St. Mary's for information about when the CNN story would air, Mr. Griffiths promised that he or someone else would "get back to" St. Mary's with that information.  Neither Griffiths nor anyone else did.  Mr. Bonifield responded to St. Mary's e-mail and said that he was on a plane, but would call to discuss the matter when he landed. Bonifield never called as promised either.

### CNN knowingly sought protected information from St. Mary's without securing HIPAA waivers

165.   Throughout their correspondence with St. Mary's, CNN repeatedly asked St. Mary's for information about the hospital program and patients of the hospital program that CNN knew St. Mary's could not disclose without securing a waiver from the requirements of the Health Insurance Portability and Accountability Act ("HIPAA").

166.   For example, on April 3, 2015, Elizabeth Cohen emailed St. Mary's and asked about a specific "neonatal patient at St. Mary's who had an operation…to repair his truncus arteriosus," and asked St. Mary's to comment about the operation on that patient.  St. Mary's responded to Ms. Cohen's e-mail and explained that it could not comment unless the patient's family provided a HIPAA waiver.

167.   Similarly, on April 9, 2015, Ms. Cohen emailed St. Mary's and asked about a recent "complicated congenital heart surgery on a baby."

168.   CNN knew at the time it asked these questions that St. Mary's could not comment about specific patients and procedures performed on them because HIPPA protected such information from disclosure.  CNN further knew that unless the patients or their parents/guardians executed a HIPAA waiver, then St. Mary's could not comment.

169.   CNN did not obtain and, upon information and belief, did not even attempt to obtain, HIPAA waivers from patients before asking St. Mary's to comment about them.

170.   This demonstrates actual malice by CNN's purposeful avoidance of the truthful information about patients CNN intended to portray and its desire to convey to CNN viewers and readers that St. Mary's and Mr. Carbone were not cooperating with requests for information and sought to hide information from the public.

### CNN failed to retract its false and defamatory statements following multiple post-CNN series retraction demand letters

171.   On May 16, 2016, L. Lin Wood, on behalf of Mr. Carbone, sent a letter to CNN wherein he informed CNN that the CNN series was false and

defamatory as to Mr. Carbone, including a list of the false and defamatory statements from the CNN series, and demanded a retraction and correction.

172.   Evidencing a continued reckless disregard for truth or falsity, CNN failed and refused to publish a retraction and correction of the false and defamatory accusations against Mr. Carbone.

173.   CNN not only ignored the information that Mr. Carbone provided to them, but also information from Dr. Black, who has filed a defamation action in Florida based on the CNN series.

## DAMAGES

174.   The false and defamatory CNN series was published to third parties and was, in fact, viewed by third parties all across the United States.

175.   The false and defamatory CNN series was of and concerning Mr. Carbone for, among other reasons, it identified Mr. Carbone as the Chief Executive Officer of St. Mary's and as the Chief Executive Officer who fled without comment in response to the ambush interview conducted by CNN about the hospital program.  Additionally, at all relevant times and prior to publication of the series, it was well known to CNN that members of the public and the medical community in Florida recognized Mr. Carbone as the Chief Executive Officer of St. Mary's and as the individual ultimately responsible for the oversight and

49

administration of the hospital program.  As such, CNN was well aware that attacks on the professionalism and ethics of the hospital program would be viewed by the public and medical community in Florida as attacks on the professionalism and ethics of Mr. Carbone.

176.   As a direct and proximate result of the false and defamatory statements about him in the CNN series, Mr. Carbone's personal reputation and his reputation as a healthcare professional have been permanently damaged.

177.   As a direct and proximate result of the false and defamatory statements about him in the CNN series, Mr. Carbone has suffered stress, emotional distress, embarrassment, humiliation, anger, and other mental pain and suffering.

178.   As a direct and proximate result of the false and defamatory statements about him in the CNN series, Mr. Carbone has suffered public hatred, contempt, scorn, and ridicule.

179.   As a direct and proximate result of the false and defamatory statements about him in the CNN series, Mr. Carbone has suffered special damages.

180.   As a result of the false and defamatory CNN series, Mr. Carbone was forced to resign his position as Chief Executive Officer of St. Mary's.

181.   As a result of the false and defamatory CNN series, Mr. Carbone has

yet to secure other employment, despite numerous applications for positions equal

to and several steps back professionally from a chief executive officer position.

Mr. Carbone has also applied to positions outside of Florida, but to no avail.

182.   Mr. Carbone recently was one of two final candidates under

consideration for a position as the Chief Executive Officer of a hospital outside of

Florida.  But as a direct result of the false and defamatory CNN series, the other

candidate was chosen instead of Mr. Carbone.

183.   Whether in Florida or elsewhere, the false and defamatory CNN series

follows him and he has lost out on several job opportunities that he otherwise

would have obtained.

184.   Indeed, prior to the false and defamatory CNN series, Mr. Carbone

was highly sought after and constantly recruited for other healthcare executive

positions.  But no more.  Moreover, certain top healthcare executive recruiters will

no longer work with Mr. Carbone because advocating for him with the CNN series

looming over him is too difficult for recruiters who rely on commissions from

placements.

185.   In addition, prior to the false and defamatory CNN series, Mr. Carbone was sought after for community and philanthropic endeavors.  But again, no more.

186.   Mr. Carbone has been the recipient of multiple vile and hateful telephone calls that no person should have to endure.  For example, he received a telephone message from an unidentified man who asked if he was "still murdering babies in the name of corporate greed."

187.   He has received messages calling him a "murderer," "baby killer," "corporate scum bag," and "corporate baby killer," among other repulsive names and expletives.

188.   As a result of the false and defamatory CNN series, the community began viewing Mr. Carbone in a negative and shameful light.  As a result, Mr. Carbone and his wife have withdrawn from social activities they previously enjoyed.

189.   As set forth above, the CNN series is defamatory and libelous *per se* entitling Mr. Carbone to presumed damages.

190.   Despite having received communications informing CNN that statements in the CNN series were false and defamatory and demanding that the

statements be retracted and corrected, CNN has failed to retract or correct its false and defamatory statements.

191.   The conduct of CNN demonstrates willful misconduct and an entire want of care that raises a conscious indifference to consequences.

192.   CNN published the false and defamatory accusations with Constitutional actual malice thereby entitling Mr. Carbone to an award of punitive damages.

193.   Mr. Carbone is also entitled to an award of punitive damages from CNN in order to publish it for its unlawful conduct and to penalize and deter it from repeating such unlawful and egregious conduct.

WHEREFORE, Mr. Carbone demands:

(a) Trial by jury;

(b) That judgment be entered against CNN for compensatory damages in an amount of not less than Five Million Dollars ($5,000,000.00);

(c) That judgment be entered against CNN for punitive damages in an amount of not less than Twenty-Five Million Dollars ($25,000,000.00) to punish and penalize CNN and deter CNN from repeating its unlawful conduct;

(d) That CNN publish a retraction of the CNN series and promotional

materials;

(e) That CNN cease and desist from further publication of the CNN series

and promotional materials;

(f) That all costs of this action be assessed against CNN; and

(g) That this Court award such other relief as it deems equitable, just, and

proper.

     Respectfully submitted this 26th day of May 2016.

/s/ L. Lin Wood
L. Lin Wood
lwood@linwoodlaw.com
Georgia Bar No. 774588

**L. Lin Wood, P.C.**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1402
404-506-9111 (fax)

Stacey Godfrey Evans
stacey@sgevanslaw.com
Georgia Bar No. 298555

**S.G. Evans Law, LLC**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1404
678-868-1230 (fax)