# Exhibit 16

Video Exhibit Provided to Court