FILED IN CHAMBERS
U.S.D.C. - Atlanta

MAR 07 2017

James H. Hatten, Clerk
_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID M. CARBONE,

    Plaintiff

v.

CABLE NEWS NETWORK, INC.,

    Defendant

CIVIL ACTION NO.
1:16-CV-1720-ODE

ORDER

    This defamation case is before the Court on Defendant Cable News Network, Inc.'s ("CNN") Contested Motion for Stay Pending Appeal [Doc. 33], as well as its Amended Local Rule 7.5 Certification Reflecting Plaintiff's Consent to Motion for Stay Pending Appeal [Doc. 34].

    On February 15, 2017, the Court issued an Order in which it concluded that Georgia's anti-SLAPP statute is inapplicable in federal court and denied CNN's motion to dismiss [Doc. 28]. CNN is now appealing only the anti-SLAPP portion of this ruling to the United States Court of Appeals for the Eleventh Circuit pursuant to the collateral order doctrine [Doc. 29 at 1 (alleging that this Court "erroneously deprived Defendants of the protection conferred by Georgia's antiSLAPP statute")]. On February 24, 2017, CNN moved for a stay of all proceedings in this Court pending disposition of that appeal, representing that Plaintiff Davide M. Carbone ("Plaintiff") was contesting the stay [Doc. 33]. On March 1, 2017, CNN filed an amendment reflecting Plaintiff's consent to the stay with certain conditions to which CNN does not object [Doc. 34]. The Court notes that it accepts the parties' conditions because they are in agreement, although the Court finds the parties' chosen text unclear.

Therefore, CNN's now-unopposed Motion for Stay Pending Appeal [Doc. 33] is GRANTED.  It is ORDERED that this matter be stayed until further notice from the Court.

SO ORDERED, this 7 day of March, 2017.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE