# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 26, 2017

Cynthia Grace Burnside
Holland & Knight, LLP
1180 W PEACHTREE ST NE STE 1800
ATLANTA, GA 30309

Charles David Tobin
Ballard Spahr LLP
1909 K ST NW FL 12
WASHINGTON, DC 20006

Appeal Number: 17-10812-DD
Case Style: Davide Carbone v. Cable News Network, Inc.
District Court Docket No: 1:16-cv-01720-ODE

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Appellant's Motion to Withdraw as Counsel is GRANTED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Sandra Brasselmon, DD
Phone #: (404) 335-6181

MOT-2 Notice of Court Action